IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VLADMIR LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. SA-08-CV-819-XR |
| | § | |
| PACIFIC PARTS SUPPLY CO., INC., and | § | |
| DELMER E. ROGAIR, | § | |
| | § | |
| *Defendants*. | § | |

**JUDGMENT**

The Court granted Defendants' motion for judgment as a matter of law on Plaintiff's claims for fraud and negligent misrepresentation. The Court granted Defendants' motion for judgment as a matter of law on Plaintiff's claim for alter ego, which Plaintiff did not oppose. Plaintiff's claims for breach of contract, revocation and acceptance, breach of warranty, and violations of the Texas Deceptive Trade Practices Act and Defendants' counterclaim for breach of contract were submitted to a jury. On December 18, 2009, the jury returned a verdict, finding that neither the Defendant nor the Plaintiff had breached the contract, that the Defendant did not violate the Texas Deceptive Trade Practices Act nor did they commit a breach of warranty. The issues having been duly tried, and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff, Vladmir Ltd., take nothing; that Defendants, Pacific Parts Supply Company and Delmer E. Roghair, take nothing; that the action be dismissed on the merits; and the costs of the suit be born by the parties incurring them.

It is so ORDERED.

SIGNED this 21st day of December, 2009.

                                        XAVIER RODRIGUEZ
                                      UNITED STATES DISTRICT JUDGE